UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>REAL PROPERTY LOCATED IN<br>MERCED COUNTY, COMMONLY KNOWN<br>AS 10382 EAST GERARD, PLANADA,<br>CALIFORNIA, APN: 053-270-019;<br>Including Appurtenances and<br>Improvements Thereto,<br><br>　　　　Defendants. | 1:03-cv-6613-AWI-SMS<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS RE: PLAINTIFF'S<br>MOTION TO STRIKE ANSWER OF<br>DEFENDANT JESUS ANDRADE (DOCS.<br>28, 30)<br><br>DIRECTIONS TO CLERK TO STRIKE<br>ANSWER OF JESUS ANDRADE<br><br>DIRECTIONS TO PLAINTIFF TO SUBMIT<br>WITHIN FIFTEEN DAYS A PROPOSED<br>JUDGMENT |

　　Plaintiff is proceeding with a civil action for forfeiture in rem in this Court. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(3) and (19) and 72-303.

　　Pending before the Court are Plaintiff's motions to strike the answer of Jesus Andrade and ex parte motion for default judgment filed on February 25, 2008.

　　On March 14, 2008, the Magistrate Judge filed findings and a recommendation that Plaintiff's motions to strike the answer of Jesus Andrade and ex parte motion for default judgment against potential claimant Jesus Andrade be granted. The findings and

1 recommendations contained notice that any objections to the
2 findings and recommendations were to be filed within thirty (30)
3 days of the date of service of the order. No party has filed any
4 objections, but on April 21, 2008, Plaintiff filed a request for
5 modification of the findings and recommendation to reflect only
6 the striking of the answer of Jesus Andrade and the granting of a
7 default judgment against Jesus Andrade only; further, pursuant to
8 a stipulation for final judgment of forfeiture previously filed
9 in this action, Plaintiff would prepare a judgment that
10 incorporated not only the default judgment against Jesus Andrade,
11 but also the terms of the judgment set forth in the stipulation
12 with respect to claimants Gabriel Andrade and Leticia Andrade.
13     In accordance with the provisions of 28 U.S.C. § 636
14 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
15 452, 454 (9th Cir. 1983), this Court has conducted a de novo
16 review of the case, including the request for modification
17 received from Plaintiff. Having carefully reviewed the entire
18 file, the Court finds that the report and recommendation are
19 supported by the record and proper analysis, and that the terms
20 of the judgment proposed by Plaintiff are consistent with the
21 findings and recommendation and correctly reflect the scope of
22 relief to which Plaintiff is entitled. Further, it is in the
23 interest of the efficient administration of justice for Plaintiff
24 to prepare a proposed judgment.
25     Accordingly, IT IS HEREBY ORDERED that:
26     1. The findings and recommendation filed March 14, 2008, are
27 ADOPTED IN FULL; and
28     2. Plaintiff's motion to strike the answer of potential

1  claimant Jesus Andrade IS GRANTED; and

2      3. The Clerk IS DIRECTED to strike the answer filed on
3  January 15, 2004, with respect to potential claimant Jesus
4  Andrade only; and

5      4. Plaintiff's motion for default judgment against potential
6  claimant Jesus Andrade IS GRANTED; and

7      5. Plaintiff IS ENTITLED to, and the Clerk SHALL ENTER, a
8  judgment that

9          a) The interest of Jesus Andrade in the Defendant
10 property is condemned and forfeited to the United States of
11 America; and

12     6. Plaintiff SHALL PREPARE AND SUBMIT no later than fifteen
13 days after the date of service of this order a proposed judgment
14 incorporating the provisions of this order concerning the
15 requested judgment as well as the disposition of the interests of
16 claimants Gabriel Andrade and Leticia Andrade as set forth in the
17 stipulation for final judgment of forfeiture previously filed in
18 this action.

20 IT IS SO ORDERED.

21 **Dated:     April 22, 2008**              /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE

3