McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED IN MERCED COUNTY, COMMONLY KNOWN AS 10382 EAST GERARD, PLANADA, CALIFORNIA, APN: 053-270-019; INCLUDING APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　Defendant. | 1:03-CV-06613-AWI-SMS<br><br>**DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |

　　　　This matter is before the Court on plaintiff United States' Motions to Strike the Answer of Jesus Andrade and Ex Parte Motion for Default Judgment filed February 25, 2008. On March 14, 2008, the Magistrate Judge filed findings and a recommendation that Plaintiff's Motion to Strike the Answer of Jesus Andrade and Ex Parte Motion for Default Judgment against potential claimant Jesus Andrade be granted. An Order Adopting Findings and Recommendations Re: Plaintiff's Motion to Strike Answer of Jesus Andrade was filed on April 23, 2008. Based on the Magistrate Judge's Findings and Recommendations Re: Plaintiff's Motion to Strike Answer of Defendant Jesus Andrade and Findings and Recommendations Re: Plaintiff's Motion for Default Judgment Against Defendant Jesus Andrade, the Order Adopting Findings and Recommendations Re: Plaintiff's Motion to Strike Answer of Jesus Andrade, and the files and records of the Court, it is

ORDERED AND DECREED:

1. The findings and recommendation filed March 14, 2008 to strike Jesus Andrade's Answer and hold Jesus Andrade in default are adopted.

2. Plaintiff's motion to strike the answer of potential claimant Jesus Andrade is granted.

3. The Clerk is directed to strike the answer filed on January 15, 2004, with respect to potential claimant Jesus Andrade only.

4. Jesus Andrade is held in default.

5. A judgment by default is hereby entered against any right, title, or interest in the defendant real property located in Merced County, commonly known as 10382 East Gerard, Planada, California; APN: 053-270-019 (hereafter "the defendant real property") of Jesus Andrade and all other potential claimants who have not filed claims in this action.

6. In the Stipulation for Final Judgment of Forfeiture filed on February 25, 2008, Claimants Gabriel Andrade and Leticia Andrade agreed to pay the United States the sum of $10,000.00 as a sub res in lieu of forfeiting the defendant real property within forty-five (45) days from the date of signing the Stipulation for Final Judgment of Forfeiture. Plaintiff United States received a cashier's check on or about January 25, 2008, in the amount of $10,000.00 from Claimants Gabriel Andrade and Leticia Andrade. Said $10,000.00 shall be substituted as the res herein, and shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(7), to be disposed of according to law.

7. A final judgment is hereby entered, forfeiting all right, title, and interest in the $10,000 sub res in lieu of the defendant real property to the United States of America, to be disposed of according to law, including all right, title, and interest of Jesus Andrade, Gabriel Andrade, and Leticia Andrade.

8. All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this 28th day of April, 2008.

/s/ ANTHONY W. ISHII
ANTHONY W. ISHII
United States District Judge